Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 201-4728
Fax: (310) 201-4721

*Attorneys for Defendant Nexo Capital Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY HANSON,<br><br>Plaintiff,<br><br>vs.<br><br>NEXO CAPITAL INC.,<br><br>Defendant. | CASE NO. 2:24-cv-10466-MAR<br><br>The Honorable Margo A. Rocconi<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff Terry Hanson and Defendant Nexo Capital Inc. (collectively, "Parties") hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice and in its entirety, with the Parties to bear their own attorney's fees and costs. The Parties respectfully request that the Court vacate the telephonic scheduling conference currently scheduled for September 30, 2026 (Dkt. 56) and close the case.

DATED: 9/10/2026 BAKER & MCKENZIE LLP

DocuSigned by:
Ian Shelton
5984AB15A5024F4...

Ian S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*

DATED: 9/10/2026

Signed by:
Terry Hanson
2AC1B0E7E7564CB...

Terry Hanson

*In Propria Persona*

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Defendant, certifies that he served the foregoing document on Plaintiff via electronic mail on September 10, 2026. Plaintiff is proceeding *pro se*. The Parties have consented to service of pleadings in this action via electronic mail.

DATED: September 10, 2026 *<u>/s/ Ian S. Shelton</u>*